UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:08-CR-129(5) |
| | ) | |
| RYAN P. MROZINSKI | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on January 8, 2009 [Doc. No. 61]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Ryan Mrozinski's plea of guilty, and FINDS the defendant guilty of Count 12 of the Indictment, in violation of 18 U.S.C. §§ 2 and 659.

SO ORDERED.

ENTERED:   January 30, 2009

/s/ Robert L. Miller, Jr.
Chief Judge, United States District Court
Northern District of Indiana